**UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF VIRGINIA**
                           **Norfolk Division**

**UNITED STATES OF AMERICA**

**v.**                                                    **2:07CR89**

**RICKY LAMONT ETHERIDGE,**

          **Defendant.**

                       **REPORT AND RECOMMENDATION**
                       **CONCERNING GUILTY PLEA**

          Defendant, by consent, has appeared before the undersigned pursuant to Rule 11, Federal Rules of Criminal Procedure, and referral from a United States District Judge and has entered a guilty plea to conspiracy to possess and distribute cocaine and cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and 846.  Defendant is also charged with possession with intent to distribute cocaine base, in violation of 21 U.S.C. § 841(a)(1).  Defendant understands that this charge will be dismissed upon acceptance of his guilty plea, and the United States confirmed defendant's understanding.

          On June 25, 2007, defendant appeared before the Court for the purpose of entering his guilty plea.  He was represented by appointed counsel, Arenda W. Allen, Esquire.  Defendant was appropriate in appearance, responsive, and competently prepared for the hearing.  He answered all questions put to him in clear and concise language.  On those occasions when he had a question, defendant consulted with counsel and then promptly answered.  Defendant was courteous and appropriate in his behavior at all times and clearly understood the seriousness of his position.  At the close of the proceeding, defendant was remanded to the

custody of the United States Marshal, pending completion of a presentence report.

Defendant is twenty-four years of age, attended school to the eleventh grade, and speaks English as his native language.  There was no evidence that he was on drugs, alcohol, or medication which might impair his judgment.  He was cooperative throughout the proceeding.

Defendant entered the guilty plea pursuant to a plea agreement.  The Court is completely satisfied, based upon defendant's responses, that he fully appreciates his position.  Furthermore, he acknowledged that the statement of facts prepared in anticipation of his plea accurately reflects the government's evidence, in the event of trial.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the offenses charged are supported by independent facts, establishing each of the essential elements of such offense.  Therefore, the Court recommends that the guilty plea be accepted and that defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this report and recommendation within ten days from the date of its service shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).

                       /s/
                   **James E. Bradberry**
                   **United States Magistrate Judge**

**Norfolk, Virginia**

 June 26              , 2007