

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

      v.                                              CRIMINAL NO. 2:07cr89

RICKY LAMONT ETHERIDGE,

             Defendant.

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to count one of the indictment is now ACCEPTED and the defendant is ADJUDGED GUILTY of such offense. Sentencing is hereby scheduled for September 26, 2007, at 10:00 a.m.

The Clerk is DIRECTED to forward a copy of this Order to counsel for defendant and to the Assistant United States Attorney.

IT IS SO ORDERED.

                                    United States District Judge
                                    Rebecca Beach Smith
                               /s/

                                Rebecca Beach Smith
                                UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

July 12 , 2007